IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| VS. | : | |
| CARTER P. REESE | : | NO. 25-195-1 |

## ORDER

AND NOW, this 29th day of May, 2025 after a Guilty Plea hearing on May 29, 2025, it is **ORDERED** that Defendant Carter P. Reese is released with the following conditions:

1. Defendant shall report to Pretrial Services.
2. Defendant must surrender his passport to the Clerk of Court.
3. Defendant must refrain from applying for a passport.
4. Travel is restricted to the Continental United States.
5. Defendant shall have no contact with co-defendants, potential witnesses in this case, or individuals engaged in any criminal activity.
6. Defendant shall surrender and/or refrain from obtaining any firearms.
7. Execute an unsecured appearance bond for $50,000.00.

BY THE COURT

JEFFREY L. SCHMEHL
United States District Judge